# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### NO. 5:20-CV-00119-D

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| $105,266.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion, request, and proper showing by the United States of America, and no verified claim or answer having been received in this forfeiture action *in rem* as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, default is hereby entered against the defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the  8  day of  July, 2020.


PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina